# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MITCHELL KURLANDER and ALAN ABESHAUS,<br><br>Defendants. | Case No. 11-cr-00315 (WHW)<br><br>**CONTINUANCE AND SCHEDULING ORDER** |

THIS MATTER having been opened to the Court upon the application of defendant Mitchell Kurlander (William A. DeStefano appearing) and defendant Alan Abeshaus (Kevin H. Marino appearing), for an order granting a continuance of the proceedings in the above-captioned matter and for a scheduling order, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The matter has been designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) by order dated September 12, 2011 [Dkt. # 19];

2. Defendants have requested the aforementioned continuance due to trial commitments in other pending matters; and

3. As a result of the foregoing, the ends of justice serve by granting the continuance

outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 20th day of July, 2012,

IT IS ORDERED that the deadline to serve pretrial motions other than those by way of Fed. R. Crim. P. 12, which have already been decided, is forty-nine (49) days before trial. Responsive briefs shall be filed no later than twenty-one (21) days before trial. Any reply briefs shall be filed no later than fourteen (14) days before trial. A hearing on the pretrial motions will be held on 19 March, 2013.

IT IS FURTHER ORDERED that the trial is scheduled for 19 March 2013 and

IT IS FURTHER ORDERED that this action be, and hereby is, continued until 19 March 2013, and that the period from the date of this Order through 19 March 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HON. WILLIAM H. WALLS
United States Senior District Judge

2