UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MITCHELL KURLANDER and ALAN ABESHAUS,<br><br>Defendants. | Case No. 11-cr-00315 (WHW)<br><br>ORDER CONTINUING TRIAL DATE |

THIS MATTER having come before the Court on the application of Defendant Alan Abeshaus, through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing) for an Order continuing the trial date in this matter from Tuesday, March 19, 2013 to Tuesday, April 2, 2013; and the Government (Lee Cortes, AUSA and J. Fortier Imbert, AUSA, appearing) and Defendant Mitchell Kurlander, through its attorneys, Stevens & Lee (William A. DeStefano, Esq. and Terri Pawelski, Esq., appearing) having consented to this adjournment; and good cause having been shown;

IT IS on this 12 day of March, 2013,

ORDERED that the trial in this matter be and hereby is adjourned from Tuesday, March 19, 2013, to Tuesday, April 2, 2013.

_____
HON. WILLIAM H. WALLS
United States Senior District Judge